## THOMAS KENWORTHY, RESPONDENT, *v.* JOHN D. PHYFE AND OTHERS, APPELLANTS.

APPEAL from an order made at the Special Term, denying a motion to amend the answer.

The General Term *held*, that, upon the facts of the case, it would not be in furtherance of justice to grant the amendment, and affirmed the order.

*Geo. W. Denton,* for the appellants.

*Lockwood & Crosby,* for the respondent.

Opinion by DAVIS, P. J.

BRADY and DANIELS, JJ., concurred.

· Order affirmed, with ten dollars costs besides disbursements.